Anne M. Hilbert, Esq. Bar No. 194972
EMPLOYMENT MATTTERS COUNSELING &
CONSULTING LLP
228 Hamilton Avenue, Suite 302
Palo Alto, CA  94301
650-473-1444

EMC
— Chamber —



COPY

## UNITED STATES DISTRICT COURT
### Northern DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINA DAL POGGETTO,<br><br>  v.  Plaintiff(s)<br><br>OMNI WINDOW SYSTEMS, INC., a California corporation;<br>OMNI MADISON, INC, a California corporation; and<br>ROBERT G. BENTLEY, an individual<br>Defendant(s) | CASE NUMBER:<br><br>C05-03990EMC<br><br>SUBSTITUTION OF ATTORNEY / ORDER |

OMNI MADISON, INC. & ROBERT G. BENTLEY    [ ] Plaintiff  [x] Defendant  [ ] Other _____
*Name of Party*

hereby substitutes  Marc L. Jacuzzi  _____  who is

[X] Retained Counsel   [ ] Court Appointed Counsel   [ ] Pro Per    601 Gateway Boulevard, Suite 950
                                                                    *Street Address*

South San Francisco, CA  94080    650-615-4860    650-615-4861    173220
*City, State, Zip Code*         *Telephone Number*  *Facsimile Number*  *State Bar Number*

as attorney of record in the place and stead of  Anne M. Hilbert

Dated: 1/6/6

*Present Attorney*
*Signature of Party*
Omni Madison, INC. & Robert G. Bentley

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: _____

*Signature of Present Attorney*
Anne M. Hilbert

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: 1/4/06

*Signature of New Attorney*
Marc L. Jacuzzi

**Substitution of Attorney is hereby** [ ] Approved.   [ ] Denied.

Dated: _____

**United States District Judge / Magistrate Judge**

**NOTICE TO COUNSEL:**  *If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address.  This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.cacd.uscourts.gov.*

**SUBSTITUTION OF ATTORNEY**

G-01 (08/02)                                                                                                        G01

Anne M. Hilbert, Esq. Bar No. 194972
EMPLOYMENT MATTTERS COUNSELING &
CONSULTING LLP
228 Hamilton Avenue, Suite 302
Palo Alto, CA  94301
650-473-1444

## UNITED STATES DISTRICT COURT
## Northern DISTRICT OF CALIFORNIA

| REGINA DAL POGGETTO, | CASE NUMBER: |
|---|---|
| | C05-03990EMC |
| v.                                      Plaintiff(s) | |
| OMNI WINDOW SYSTEMS, INC., a California corporation; OMNI MADISON, INC, a California corporation; and ROBERT G. BENTLEY, an individual | SUBSTITUTION OF ATTORNEY |
| Defendant(s) | |

OMNI MADISON, INC. & ROBERT G. BENTLEY  [ ] Plaintiff  [x] Defendant  [ ] Other _____
*Name of Party*

hereby substitutes Marc L. Jacuzzi _____ who is

[x] Retained Counsel  [ ] Court Appointed Counsel  [ ] Pro Per  601 Gateway Boulevard, Suite 950
*Street Address*

South San Francisco, CA  94080    650-615-4860    650-615-4861    173220
*City, State, Zip Code*         *Telephone Number*  *Facsimile Number*  *State Bar Number*

as attorney of record in the place and stead of Anne M. Hilbert
*Present Attorney*

Dated: _____    _____
                                 *Signature of Party*
                                 Omni Madison, INC. & Robert G. Bentley

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: Jan 6, 2006              _____
                                *Signature of Present Attorney*
                                Anne M. Hilbert

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: 1/4/06                   _____
                                *Signature of New Attorney*
                                Marc L. Jacuzzi

Substitution of Attorney is hereby [x] Approved.  [ ] Denied.

Dated: 1/19/06                  _____
                                **United States District Judge / Magistrate Judge**

**NOTICE TO COUNSEL:** *If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.cacd.uscourts.gov.*

## SUBSTITUTION OF ATTORNEY

G-01 (08/02)                                                                       G01

## PROOF OF SERVICE BY U.S. MAIL

I, the undersigned, hereby declare that I am over the age of eighteen years and not a party to the within action. My business address is 601 Gateway Boulevard, Suite 950, South San Francisco, California 94080.

On the date indicated below, I served by mail a true copy of the following documents:

### SUBSTITUTION OF ATTORNEY

I am readily familiar with the practice of this business for collection and processing of documents for mailing with the United States Postal Service. Documents so collected and processed are placed for collection and deposit with the United States Postal Service that same day in the ordinary course of business. The above-referenced document(s) were placed in (a) sealed envelope(s) with postage thereon fully prepaid, addressed to each of the below listed parties and such envelope(s) was (were) placed for collection and deposit with the United States Postal Service on the date listed below at South San Francisco, California.

Beth W. Mora, Esq.
LAW OFFICES OF LUCIUS A. COOPER
18 Crow Canyon Court, Suite 145
San Ramon, CA 94583

Anne M. Hilbert, Esq.
EMPLOYMENT MATTERS COUNSELLING & CONSULTING LLP
228 Hamilton Avenue, Suite 302
Palo Alto, CA 94301

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 10, 2006, at South San Francisco, California.

Teresa Huerta Larkin