```
1  BETH W. MORA, ESQ.  BAR NO: 208859
   Law Offices of Lucius A. Cooper
2  A Professional Corporation
   18 Crow Canyon Court, Suite 145
3  San Ramon, California  94583
   Telephone:  (925) 820-8949
4  Facsimile:   (925) 820-0278
   E-mail: bmora@cooperlawoffice.com
5
   Attorney for Plaintiff REGINA DAL POGGETTO
6


7  MARC L. JACUZZI, ESQ. BAR NO: 173220
   KENDALL M. BURTON, BAR NO: 228720
8  Simpson, Garrity & Innes, PC
   601 Gateway Boulevard, Suite 950
9  South San Francisco, California 94080
   Telephone: (650) 615-4860
10 Facsimile:  (650) 615-4861
   E-mail: mjacuzzi@sgilaw.com
11
   Attorneys for Defendants OMNI MADISON, INC. and  ROBERT G. BENTLEY
12
```

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| REGINA DAL POGGETTO, | ) | NO. C05-3990 MMC |
| | ) | |
| Plaintiff, | ) | **STIPULATION & [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| | ) | |
| vs. | ) | |
| | ) | |
| OMNI WINDOW SYSTEMS, INC., a California Corporation; OMNI MADISON, INC., a California Corporation; ROBERT G. BENTLEY, an individual | ) ) ) | DATE:     February 24, 2006<br>TIME:     10:30 p.m.<br>CTRM:    7, 19th Floor |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

    The parties to the above-entitled action jointly submit this Stipulation and Proposed Order to Continue the Case Management Conference in this matter.

    WHEREAS the Case Management Conference was scheduled on February 2, 2006, to be held on Friday, February 24, 2006;

    WHEREAS Plaintiff's counsel is not available on February 24, 2006 or any other Friday until March 24, 2006;

    WHEREAS Defendant has confirmed they are available for a Case Management Conference on

1 | Friday, March 24, 2006;

2 | THEREFORE the parties jointly request to continue the Case Management Conference from Friday, February 24, 2006 to Friday, March 24, 2006.

LAW OFFICES OF LUCIUS A. COOPER
a Professional Corporation

DATED:   2/8/06            By:___/s/_____
                                  BETH W. MORA, ESQ.
                                  Attorney for Plaintiff
                                  REGINA DAL POGGETTO


SIMPSON, GARRITY & INNES, PC


DATED:   2/8/06            By:___/s/_____
                                  MARC L. JACUZZI, ESQ.
                                  Attorneys for Defendants
                                  OMNI MADISON, INC. and ROBERT G. BENTLEY

**CASE MANAGEMENT ORDER**

The Case Management Conference is hereby continued from Friday, February 24, 2006 at 10:30 a.m. to Friday, March 24, 2006 at 10:30 a.m.  A Joint Case Management Statement shall be filed no later than March 17, 2006.

DATED: February 13, 2006       By: _____
                                      UNITED STATES DISTRICT JUDGE