BETH W. MORA, ESQ.  BAR NO: 208859
LAW OFFICES OF LUCIUS A. COOPER
A Professional Corporation
18 Crow Canyon Court, Suite 145
San Ramon, California  94583
Telephone:  (925) 820-8949
Facsimile:  (925) 820-0278

Attorneys for Plaintiff REGINA DAL POGGETTO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINA DAL POGGETTO,<br><br>    Plaintiff,<br><br>vs.<br><br>OMNI WINDOW SYSTEMS, INC., a California Corporation; OMNI MADISON, INC., a California Corporation; ROBERT G. BENTLEY, an individual,<br><br>    Defendants. | NO.  C 05 3990 MMC<br><br>**STIPULATION OF DISMISSAL AS TO DEFENDANT OMNI WINDOW SYSTEMS, INC. ONLY; [PROPOSED] ORDER THEREON [F.R.C.P. 41(a)(1)]** |

WHEREAS, Plaintiff served Defendant OMNI WINDOW SYSTEMS, INC. on October 12, 2005, by serving Defendant ROBERT G. BENTLEY;

WHEREAS, Counsel for Defendant OMNI MADISON, INC. has advised that OMNI WINDOW SYSTEMS, INC. was the prior entity of the business until the purchase of said business by Defendant ROBERT G. BENTLEY and therefore OMNI WINDOW SYSTEMS, INC. should be dismissed from this litigation with prejudice;

WHEREAS, Defendant OMNI WINDOW SYSTEMS, INC. has not answered the complaint nor plead in any other manner and is not being represented by counsel for Defendant OMNI MADISON, INC.;

IT IS HEREBY STIPULATED by and between the parties to this action through their designated

counsel that Defendant OMNI WINDOW SYSTEMS, INC. be and hereby is dismissed with prejudice pursuant to F.R.C.P. 41(a)(1), with each party bearing their respective attorneys' fees and costs.

DATED: May 1, 2006

          LAW OFFICES OF LUCIUS A. COOPER
          A Professional Corporation

          By: __/s/_____
              BETH W. MORA
              Attorneys for Plaintiff
              REGINA DAL POGGETTO

DATED: May 1, 2006

          SIMPSON, GARRITY & INNES, PC

          By: _/s/_____
              MARC L. JACUZZI, ESQ.
              Attorneys for Defendants
              ROBERT G. BENTLEY and
              OMNI MADISON, INC.

## **ORDER**

**IT IS SO ORDERED.**

Defendant OMNI WINDOW SYSTEMS, INC. is hereby dismissed with prejudice; each party to bear their own attorneys' fees and costs.

DATED: __May 9__, 2006          By: _____
                                              JUDGE MAXINE M. CHESNEY
                                              U.S. DISTRICT JUDGE