BETH W. MORA, ESQ.  BAR NO: 208859
Law Offices of Lucius A. Cooper
A Professional Corporation
18 Crow Canyon Court, Suite 145
San Ramon, California  94583
Telephone:  (925) 820-8949
Facsimile:   (925) 820-0278
E-mail: bmora@cooperlawoffice.com

Attorney for Plaintiff REGINA DAL POGGETTO

MARC L. JACUZZI, ESQ. BAR NO: 173220
KENDALL M. BURTON, BAR NO: 228720
Simpson, Garrity & Innes, PC
601 Gateway Boulevard, Suite 950
South San Francisco, California 94080
Telephone: (650) 615-4860
Facsimile:  (650) 615-4861
E-mail: mjacuzzi@sgilaw.com

Attorneys for Defendants OMNI MADISON, INC. and ROBERT G. BENTLEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINA DAL POGGETTO,<br><br>Plaintiff,<br><br>v.<br><br>OMNI WINDOW SYSTEMS, INC., a California Corporation; OMNI MADISON, INC., a California corporation; ROBERT G. BENTLEY, an individual,<br><br>Defendants. | Case No. C05 03990 MMC<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER THEREON**<br>**[F.R.C.P. 41(a)(1)]** |

NOTICE IS HEREBY GIVEN, that pursuant to Federal Rules of Civil Procedure 41(a)(1),

///

///

///

///

///

1  the Plaintiff and Defendants hereby stipulate to dismiss the above-captioned matter with prejudice.

2  Date: May 23, 2006                    LAW OFFICES OF LUCIUS A. COOPER

3                                        By: **s/ Beth W. Mora**
                                         BETH W. MORA, BAR NO. 208859
4                                        Attorneys for Plaintiff REGINA DAL POGGETTO

5

6  Date: May 23, 2006                    SIMPSON, GARRITY & INNES
                                         Professional Corporation

7                                        By: __**s/ Marc L. Jacuzzi**__
8                                        MARC L. JACUZZI, BAR NO. 173220
                                         KENDALL M. BURTON, BAR NO. 228720
9                                        Attorneys for Defendants OMNI MADISON, INC.
                                         and ROBERT G. BENTLEY
10

11

12 **IT IS SO ORDERED.**

   Date: June 6, 2006                    _/s/ Maxine M. Chesney_____
13                                       DISTRICT COURT JUDGE